# EXHIBIT 1

## Representative Registered Copyrights

|     | REG NO.      | TITLE                                                                        |
|-----|--------------|------------------------------------------------------------------------------|
| 1.  | PA0002140530 | "48 Hours," Episode 1706, "Death by Text"                                    |
| 2.  | PA0002023508 | "Black-ish," Episode 312, "Their Eyes Were Watching Screens"                 |
| 3.  | PA0002217633 | "Law & Order: Special Victims Unit," Episode M2701, "I'm Going to Make You a Star" |
| 4.  | PA0002207889 | "Mom," Episode 701, "Audrey Hepburn and a Jalapeno Popper"                   |
| 5.  | PA0002214790 | "Young Sheldon," Episode 305, "A Pineapple and the Bosom of Male Friendship" |

## Representative Programs Subject to Advance Notice Under Section 411

|     | TITLE                                        |
|-----|----------------------------------------------|
| 6.  | FOX 13 News 11 AM                            |
| 7.  | FOX 13 News 6 PM                             |
| 8.  | FOX 23 News 6 PM                             |
| 9.  | KIRO 7 News 1 PM                             |
| 10. | KIRO 7 News 11 PM                            |
| 11. | KIRO 7 News 5 PM                             |
| 12. | KIRO 7 News 6 AM                             |
| 13. | KIRO 7 News 6 PM                             |
| 14. | KIRO 7 News 6:30 PM                          |
| 15. | KIRO 7 News 7 PM                             |
| 16. | KOKI FOX 23 News 6 PM                        |
| 17. | KOKI FOX 23 News This Morning 6 AM           |
| 18. | KOKI Fox 23 News This Morning Weekend 6 AM   |
| 19. | KOKI FOX23 News 10 PM                        |

|     | TITLE |
| --- | --- |
| 20. | KOKI FOX23 News 5 PM |
| 21. | KOKI FOX23 News 6 PM |
| 22. | KOKI FOX23 News 9 PM |
| 23. | KOKI FOX23 News NOON |
| 24. | OK - WFOX Action News Jax 5 PM |
| 25. | WAXN Eyewitness News on TV64 10 PM |
| 26. | WAXN Eyewitness News on TV64 7 PM |
| 27. | WFOX Action News 10 PM |
| 28. | WFOX Action News Jax 10 PM |
| 29. | WFOX Action News Jax 11 PM |
| 30. | WFOX Action News Jax 5 PM |
| 31. | WFOX Action News Jax 5:30 PM |
| 32. | WFOX Action News Jax 6 AM |
| 33. | WFOX Action News Jax 6:30 PM |
| 34. | WFOX Action News Jax 8 AM |
| 35. | WFOX Action News Jax 9 AM |
| 36. | WFTV Eyewitness 11 PM |
| 37. | WFTV Eyewitness News 11 PM |
| 38. | WFTV Eyewitness News 6 PM |
| 39. | WFTV Eyewitness News NOON |
| 40. | WFTV Eyewitness News This Morning 6 AM |
| 41. | WFXT Boston 25 Morning News 9 AM |
| 42. | WFXT Boston 25 News 10 PM |
| 43. | WFXT Boston 25 News 11 PM |

|     | TITLE |
| --- | --- |
| 44. | WFXT Boston 25 News 6 PM |
| 45. | WFXT Boston 25 Weekend Morning News 6 AM |
| 46. | WFXT Boston 25 Weekend Morning News 9 AM |
| 47. | WFXT Boston Morning News 9 AM |
| 48. | WHBQ FOX 13 News 10 PM |
| 49. | WHBQ FOX 13 News 11 AM |
| 50. | WHBQ FOX 13 News 5 PM |
| 51. | WHBQ FOX 13 News 6 PM |
| 52. | WHBQ FOX 13 News 9 PM |
| 53. | WHBQ FOX 13 News at 10PM |
| 54. | WHBQ Good Morning Memphis Saturday 7 AM |
| 55. | WHBQ Good Morning Memphis Sunday 7 AM |
| 56. | WHIO News Center 7 at 11 PM |
| 57. | WHIO News Center 7 at 6 AM |
| 58. | WHIO News Center 7 at 6 PM |
| 59. | WHIO News Center 7 at 5 PM |
| 60. | WHIO News Center 7 at NOON |
| 61. | WHIO News Center 7 Saturday 6 AM |
| 62. | WHIO News Center 7 Saturday 6 PM |
| 63. | WHIO News Center 7 Saturday NOON |
| 64. | WHIO News Center 7 at 5:30 AM |
| 65. | WPXI 11 Channel 11 Saturday AM News 8:30 AM |
| 66. | WPXI Channel 11 News 11 PM |
| 67. | WPXI Channel 11 News 4:30 AM |

|  | **TITLE** |
|---|---|
| **68.** | WPXI Channel 11 News 6 PM |
| **69.** | WPXI Channel 11 News NOON |
| **70.** | WPXI Channel 11 News Saturday 11 PM |
| **71.** | WPXI Channel 11 News Saturday 6 PM |
| **72.** | WPXI Channel 11 News Sunday 11 PM |
| **73.** | WPXI Channel 11 News Sunday 6 PM |
| **74.** | WPXI Channel 11 Saturday AM News 8 AM |
| **75.** | WPXI Channel 11 Saturday News 6 AM |
| **76.** | WPXI Channel 11 Sunday News 8 AM |
| **77.** | WRDQ Eyewitness News 10 PM |
| **78.** | WRDQ Eyewitness News This Morning 8 AM |
| **79.** | WSB Ch 2 Action News 10 AM |
| **80.** | WSB Ch 2 Action News 6 AM |
| **81.** | WSB Ch 2 Action News 6 PM |
| **82.** | WSB Ch 2 Action News Saturday 6 PM |
| **83.** | WSB Ch 2 Action News 8 AM |
| **84.** | WSB Ch 2 Action News NOON |
| **85.** | WSB Ch 2 Action News NOON 6PM |
| **86.** | WSB Ch 2 Action News Saturday 10 AM |
| **87.** | WSB Ch 2 Action News Saturday 8 AM |
| **88.** | WSB Ch 2 Action News Saturday NOON |
| **89.** | WSB Ch 2 Action News Sunday 6 PM |
| **90.** | WSB Ch 2 Action News Sunday NOON |
| **91.** | WSB Ch 2 News Nighbeat 11 PM |

|   | **TITLE** |
|---|---|
| **92.** | WSB Ch 2 News Nightbeat Saturday 11 PM |
| **93.** | WSB Ch 2 News Nightbeat Sunday 11 PM |
| **94.** | WSB Ch. 2 Action News 12 NOON |
| **95.** | WSOC Eyewitness News 11 PM |
| **96.** | WSOC Eyewitness News 11 PM - QCOT |
| **97.** | WSOC Eyewitness News 6 AM |
| **98.** | WSOC Eyewitness News 6 PM |
| **99.** | WSOC Eyewitness News Daybreak 6 AM |
| **100.** | WSOC Eyewitness News Daybreak 7 AM |
| **101.** | WSOC Eyewitness News Midday NOON |
| **102.** | WSOC Eyewitness News Saturday 7 AM |
| **103.** | WSOC Eyewitness News Sunday 7 AM |