**Index of Exhibits**

| Exhibit | Description |
|---------|-------------|
| A | January 15, 2020 Plaintiff DISH Network L.L.C.'s Motion for a Temporary Restraining Order and Memorandum in Support |
| B | January 15, 2020 Temporary Restraining Order |
| C | January 23, 2020 Plaintiff DISH Network L.L.C.'s Reply in Support of Continuing the Temporary Restraining Order |