# Exhibit B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COX MEDIA GROUP, LLC; ) <br> APOLLO GLOBAL MANAGEMENT, LLC; ) <br> APOLLO INVESTMENT FUND IX, L.P.; ) <br> TERRIER MEDIA BUYER, INC.; ) <br> NBI HOLDINGS, LLC; ) <br> BRYSON BROADCAST HOLDINGS, LLC; ) <br> NORTHWEST BROADCASTING, L.P.; ) <br> NORTHWEST BROADCASTING, INC.; ) <br> CAMELOT MEDIA BUYER, INC.; and ) <br> CAMELOT MEDIA HOLDINGS, LLC; ) <br> ) <br> ) <br> Defendants. ) | Case No. 20-CH-00528 <br><br> ENTERED <br> Judge Neil H. Cohen-1721 <br> JAN 15 2020 <br> DOROTHY BROWN <br> CLERK OF THE CIRCUIT COURT <br> OF COOK COUNTY, IL |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

This cause coming to be heard on Plaintiff DISH Network L.L.C.'s ("Plaintiff") Motion for Temporary Restraining Order (the "Motion"), due notice having been given, the Court having considered the Motion, Memorandum and affidavit in support thereof, and Plaintiff's Verified Complaint, exhibits thereto, and the arguments of counsel, and the Court otherwise being fully advised in the premises, finds as follows:

A. Plaintiff has shown that it has a clearly ascertainable right in need of protection;

B. Plaintiff has shown that it will suffer irreparable harm if a temporary restraining order does not issue;

C. Plaintiff has shown that it has no adequate remedy at law; and

D. Plaintiff has shown that there is a reasonable likelihood it will succeed on the merits.

WHEREFORE, IT IS HEREBY ORDERED as follows:

1. A Temporary Restraining Order is entered against Defendants Cox Media Group, LLC; Apollo Global Management, LLC; Apollo Investment Fund IX, L.P.; Terrier Media Buyer, Inc.; Camelot Media Buyer, Inc.; Camelot Media Holdings, LLC; NBI Holdings, LLC; Bryson Broadcast Holdings, LLC; Northwest Broadcasting, L.P.; and Northwest Broadcasting, Inc. (collectively, "Defendants") to maintain the *status quo ante pendente lite*.

2. Beginning on January 15, 2020, Defendants are temporarily enjoined from taking any action to interfere with performance of the Retransmission Consent Agreement between DISH and Cox, dated March 31, 2019, which will remain in full force and effect until further order of this Court. Defendants, and those in active concert with them, are further enjoined from (i) prohibiting Plaintiff from retransmitting the Cox stations listed below, and/or (ii) otherwise interfering with Plaintiff's right to retransmit those stations. The stations subject to this Temporary Restraining Order are as follows:

   a. WSB-TV (ABC, Atlanta)
   b. WFXT (FOX, Boston)
   c. WSOC-TV (ABC, Charlotte)
   d. WAXN-TV (Independent, Charlotte)
   e. WHIO-TV (CBS, Dayton)
   f. WFOX-TV (FOX, Jacksonville)
   g. WHBQ-TV (FOX, Memphis)
   h. WFTV (ABC, Orlando-Daytona Beach-Melbourne)
   i. WRDQ (Independent, Orlando-Daytona Beach-Melbourne)
   j. WPXI (NBC, Pittsburgh)
   k. KIRO-TV (CBS, Seattle-Tacoma)
   l. KOKI-TV (FOX, Tulsa)

   m. KMYT-TV (Independent, Tulsa)

3. This Temporary Restraining Order shall remain in full force and effect until the further order of this Court.

4. Plaintiff shall timely file a motion for preliminary and permanent injunction and the parties will be afforded a full opportunity to be heard in connection with any such motion.

5. For good cause shown, Plaintiff shall not be required to post a bond as security for issuance of this order.

6. This case is set for status at 1/24, 2020 at 11:00 a.m. in Courtroom 2308

7. This Temporary Restraining Order is entered on January 15, 2020, at 3:15 P.M. p.m.

DATED: 1-15, 2020.

ENTERED:

_Neil H. Cohen #621_

Hon. ~~Caroline Kate Moreland~~
NEIL H COHEN #621